# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| LAURA BROWN  *Plaintiff*  v.  THE HERSHEY COMPANY  *Defendant* | ) ) ) ) ) )  Civil Action No. 12-CV-0083-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:  Upon stipulation of the parties, this case is dismissed with prejudice and without an award of costs or fees to any party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Thomas O. Rice  on a motion for
Stipulated Dismissal

Date:  06/06/2013

CLERK OF COURT

s/ Linda L. Hansen
Deputy Clerk

Signature of Clerk or Deputy Clerk